NO. 12-02-00081-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




§
 APPEAL FROM THE 8TH



IN THE INTEREST OF S.Z.G.,
§
 JUDICIAL DISTRICT COURT OF

A CHILD


§
 HOPKINS COUNTY, TEXAS







MEMORANDUM OPINION ON REHEARING


PER CURIAM


 By opinion dated December 11, 2002, we dismissed this appeal because Appellant failed to
file a supplemental brief after notice. In the Interest of S.Z.G., No. 12-02-00081-CV (Tex. App.-
Tyler December 11, 2002, no pet.) (not designated for publication), 2002 WL 31761172. On
December 30, 2002, Appellant filed a motion for rehearing contending that her failure to file the
required supplemental brief was not intentional but due to a mistake. After considering the materials
furnished with the motion for rehearing, we conclude that Appellant has shown good cause for
failure to file a supplemental brief. Accordingly, we grant Appellant's motion for rehearing and
reinstate the appeal.

Opinion delivered March 12, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.


(PUBLISH)